United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 17, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60497
consolidated with
No. 04-60895
_____

RAJA AKHTAR; MOHAMMAD SALMAN,

Petitioners,

versus

ALBERTO R. GONZALES, Attorney General of the United States,

Respondent.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Before HIGGINBOTHAM, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:

Akhtar's petition for panel rehearing is GRANTED and
Respondent's motion to remand both cases is GRANTED.
Consequently, both cases are REMANDED to the BIA for further
consideration in light of 71 Federal Register 27,585 (May 12,
2006).